NOV 17 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA JOSE CABRERA and MARIO SALCEDO,     Docket No.: CV11-4417
on behalf of themselves and others similarly situated,

                                     Plaintiffs,         **STIPULATION OF**
                                                                       **DISMISSAL**

    -against-

BARZOLA'S RESTAURANT III, INC., D/B/A
BARZOLA RESTAURANT and JULIO BARZOLA,

                                              Defendants.
----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: November 7, 2011

David S. Feather (DSF-1832)                            Peter H. Copper, (PHC-4714)
Law Office of David S. Feather                       Cilenti & Cooper, PLLC
Attorney for Defendants                                  Attorneys for Plaintiffs
666 Old Country Road, Suite 605                    708 Third Avenue – 6th Floor
Garden City, New York 11530                         New York, New York 10017
(516) 745-9000                                                   (212) 209-3933

So Ordered: _s/CBA_, USDJ
11/16/11

9